IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ROBERT BAGNELL,**<br>            **Plaintiff,**<br><br>            v.<br><br>**ADVANCED LIVING MANAGEMENT &**<br>**DEVELOPMENT, INC., doing business as**<br>**"ADVANCED LIVING COMMUNITIES,"**<br>**and WILLIAM BROWN,**<br>            **Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO.  17-2107** |

## O R D E R

**AND NOW**, this 5th day of September, 2017, upon consideration of Defendants Advanced Living Management & Development, Inc., d/b/a Advanced Living Communities' and William Brown's Motion for Partial Dismissal of Plaintiff's First Amended Complaint (Document No. 10, filed August 11, 2017), it having been reported that the issues between the parties in the above action have been settled, **IT IS ORDERED** as follows:

1. Defendants Advanced Living Management & Development, Inc., d/b/a Advanced Living Communities' and William Brown's Motion for Partial Dismissal of Plaintiff's First Amended Complaint is **DENIED AS MOOT**; and,

2. Pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

                                        BY THE COURT:

                                        /s/ Hon. Jan E. DuBois
                                        _____
                                            DuBOIS, JAN E., J.